MAJOR BYRD, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent, et al., Defendants.

Argued October 6, 1952; decided October 23, 1952.

*Melvel W. Snitow* and *Sydney Snitow* for appellant.

*Lee P. Gagliardi, Gerald E. Dwyer* and *C. Austin White* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.